UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Maj. No. 16-mj-64** |
| | : | **Criminal No.** |
| v. | : | |
| | : | **Violations:** |
| | : | **18 U.S.C. § 1343 (Wire Fraud)** |
| **TYI MICHAEL TUNSTALL,** | : | **18 U.S.C. § 1503 (Obstruction** |
| | : | **of Justice)** |
| **Defendant.** | : | |
| | : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C);** |
| | : | **28 U.S.C. § 2461(c); and** |
| | : | **21 U.S.C. § 853(p)** |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Wire Fraud)

From in or about March 2015 through in or about October 2015, in a continuing course of conduct, in the District of Columbia and elsewhere, the defendant, **TYI MICHAEL TUNSTALL**, devised and intended to devise a scheme to defraud Victim Four and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

On or about October 26, 2015, for the purpose of executing the scheme, and attempting to do so, **TYI MICHAEL TUNSTALL** caused to be transmitted by means of wire communication the image of an official bank check from the Office of the Clerk of the United States District Court for the District of Columbia, located within the District of Columbia, to the payment processing company located outside the District of Columbia, resulting in the crediting of an account for the benefit of **TYI MICHAEL TUNSTALL** in the amount of $52,512.

1

**(Aiding and Abetting Wire Fraud, in Violation of Title 18, United States Code, Section 1343)**

## COUNT TWO
(Obstruction of Justice)

From in or about October 2014 through in or about October 2015, in the District of Columbia and elsewhere, **TYI MICHAEL TUNSTALL** did corruptly endeavor to influence, obstruct, and impede the due administration of justice by, among other things, causing forged documents to be submitted to the United States District Court for the District of Columbia and making materially false statements to United States District Court for the District of Columbia.

**(Obstruction of Justice, in Violation of Title 18, United States Code, Section 1503)**

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $21,614.18.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

CHANNING D. PHILLIPS
United States Attorney

By: _____
Peter C. Lallas
New York Bar No. 4290623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-6879
Peter.Lallas@usdoj.gov